**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
200 N.W. 4TH STREET, OKLAHOMA CITY, OKLAHOMA 73102**

# TELEPHONIC
**STATUS/SCHEDULING CONFERENCE DOCKET BEFORE JUDGE STEPHEN P. FRIOT**

**WEDNESDAY, OCTOBER 7, 2020**

NOTICE TO ALL COUNSEL:

Under General Order 20-6, and in order to reduce in-person courthouse proceedings, this status/scheduling conference docket will be conducted telephonically.

Counsel who plan to participate in this status/scheduling conference are **DIRECTED** to make arrangements for telephonic appearance not later than **Monday, October 5, 2020**. Such arrangements shall be made by contacting courtroom deputy Lori Gray at lori_gray@okwd.uscourts.gov and providing her with the name and telephone number of the participating attorney. The court will initiate the call for the conference.

The court will permit only one attorney per party to participate in the conference.

Local Rule 16.1 requires the filing of a Joint Status Report and Discovery Plan. The report must be filed not later than **Monday, October 5, 2020**. The Joint Status Report and Discovery Plan is a joint report to be initiated by counsel for plaintiff. It should include a concise statement of the case to inform the court of the basic factual background and primary contentions of the parties. (LCvR16.1).

All counsel and pro se litigants are directed to familiarize themselves with Judge Friot's chambers procedures which may be found at http://www.okwd.uscourts.gov/files/jfriotrules.pdf. If you do not have internet access, the courtroom deputy will be happy to give you a copy of these chambers procedures. You will be asked at the status and scheduling conference whether you have any questions about these chambers procedures. Counsel should pay particular attention to the court's expectations, based on the Federal Rules of Civil Procedure and applicable case law, with respect to full and timely compliance with requirements with respect to Rule 26(a)(2)(B) reports from retained experts.

The disclosures required by Fed.R.Civ.P. 26(a)(1) must be made not later than seven days before the date of the status/scheduling conference.

Counsel should carefully read and heed Sections 3 and 4 of the OBA Standards of Professionalism, approved by the OBA on April 20, 2006 (accessible at the OBA website).
_____

9:00 A.M.

| | | |
|---|---|---|
| CIV-20-820-F | Original Investments, LLC, d/b/a Dank's Wonder Emporium, a Washington limited liability company | Amanda M. Lowe<br>J. Kevin Hayes<br>John M. Hickey<br>Larry G. Ball |
| | -vs- | |
| | The State of Oklahoma, et al. | Randall J. Yates |

___

9:15 A.M.

| | | |
|---|---|---|
| CIV-20-687-F | Howard "Howie" Hawkins, Candidate for President of the United States, et al. | James C. Linger |
| | -vs- | |
| | Paul Ziriax, in his official capacity as Secretary of the Oklahoma State Election Board | Thomas R. Schneider<br>Kevin L. McClure |

___

9:30 A.M.

| | | |
|---|---|---|
| CIV-20-588-F | NeoChild, LLC, an Oklahoma limited liability company | Tom Q. Ferguson |
| | -vs- | |
| | Adventist Health System Sunbelt Healthcare Corporation, a Florida nonprofit corporation, d/b/a AdventHealth | Spencer F. Smith<br>Adrienne M. Martinez<br>Jerome W. Hoffman<br>Tiffany A. Roddenberry<br>Fred J. Lotterhos, III |

___

9:45 A.M.

| | | |
|---|---|---|
| CIV-20-769-F | Ronald Lake | Mark E. Hammons |
| | -vs- | |
| | Carlisle Food Services Products, Inc. d/b/a CFS Brands, LLC | Nathan L. Whatley |

___

<u>10:00 A.M.</u>

| | | |
|---|---|---|
| CIV-20-824-F | Stephen Lee Brand | Donald E. Smolen, II |
| | | Laura L. Hamilton |
| | -vs- | Lawrence R. Murphy, Jr. |
| | | |
| | State Farm Mutual Automobile Insurance Company | Elizabeth A. Snowden |
| | | Joseph T. Acquaviva, Jr. |